PAUL L. REIN, Esq. (SBN 43053)
AARON M. CLEFTON, Esq. (SBN 318680)
REIN & CLEFTON, Attorneys at Law
200 Lakeside Drive, Suite A
Oakland, CA 94612
Telephone: 510/832-5001
Facsimile: 510/832-4787
info@reincleftonlaw.com

Attorneys for Plaintiff
JAMES HOSMANEK

MICHAEL J. ARMENTA (SBN 219762)
michael@armentalaw.com
ARMENTA LAW
6 N. Central Ave
Upland, CA 91786
Telephone: (909) 931-3260
Fax: (909) 931-3261

Attorneys for Defendant
BERNELL HYDRAULICS, INC.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES HOSMANEK,<br><br>    Plaintiff,<br><br>v.<br><br>BERNELL HYDRAULICS INC.;<br>WILLIAM R. RUSHING,<br><br>    Defendants. | CASE NO. 5:22-cv-00951-JSB<br><u>Civil Rights</u><br><br>**NOTICE OF SETTLEMENT** |

    Plaintiff JAMES HOSMANEK and Defendant BERNELL HYDRAULICS, INC., hereby notify the Court that the case has settled in its entirety. The Parties request that the Court vacate all currently set deadlines. However, the Parties request that the case not be dismissed so that the parties may finalize settlement documents and ensure execution of the settlement terms. Once the settlement documents have been executed and the settlement terms met, the parties will file a

1

stipulated dismissal.

Date: October 17, 2022						REIN & CLEFTON

								*/s/ Aaron M. Clefton*
								By AARON M. CLEFTON, Esq.
								Attorney for Plaintiff
								JAMES HOSMANEK

Date: October 17, 2022						ARMENTA LAW

								*/s/ Michael J. Armenta*
								By MICHAEL J. ARMENTA, Esq.
								Attorney for Defendant
								BERNELL HYDRAULICS, INC.

## FILER'S ATTESTATION

Pursuant to Local Rules, I hereby attest that on October 17, 2022, I, Aaron Clefton, attorney with Rein & Clefton, received the concurrence of Michael J. Armenta, Esq. in the filing of this document.

								*/s/ Aaron Clefton*

								Aaron Clefton