1  PAUL L. REIN, Esq. (SBN 43053)
2  AARON M. CLEFTON, Esq. (SBN 318680)
   REIN & CLEFTON, Attorneys at Law
   200 Lakeside Drive, Suite A
3  Oakland, CA  94612
   Telephone:   510/832-5001
4  Facsimile:    510/832-4787
   info@reincleftonlaw.com
5
   Attorneys for Plaintiff
6  JAMES HOSMANEK

7

8                 UNITED STATES DISTRICT COURT

9                CENTRAL DISTRICT OF CALIFORNIA

10

11  JAMES HOSMANEK,                    CASE NO. 5:22-cv-00951-JGB-KK
                                       Civil Rights
12        Plaintiff,
                                       **STIPULATION OF DISMISSAL**
13        v.

14  BERNELL HYDRAULICS INC.;
    WILLIAM R. RUSHING,
15
          Defendants.
16

17        Plaintiff JAMES HOSMANEK and Defendant BERNELL HYDRAULICS

18  INC., hereby stipulate and request pursuant to FRCP Rule 41(a) that the Court

19  order that all of Plaintiff's claims in this action against Defendants be dismissed

20  with prejudice.

21  Date: December 2, 2022              REIN & CLEFTON

22

23                                        */s/ Aaron M. Clefton*
                                       By AARON M. CLEFTON, Esq.
24                                     Attorney for Plaintiff
                                       JAMES HOSMANEK
25

26

27

28
                                        1
STIPULATION OF DISMISSAL
CASE NO. 5:22-cv-00951-JGB-KK

Date: December 2, 2022                    ARMENTA LAW

                                          _____*/s/ Michael J. Armenta*
                                          By MICHAEL J. ARMENTA, ESQ.
                                          Attorneys for Defendant,
                                          BERNELL HYDRAULICS


**FILER'S ATTESTATION**

     Pursuant to Local Rules, I hereby attest that on December 2, 2022, I, Aaron Clefton, attorney with Rein & Clefton, received the concurrence of Michael J. Arment, Esq. in the filing of this document.


                                          */s/ Aaron Clefton*

                                          Aaron Clefton