# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES HOSMANEK,<br><br>　　Plaintiff,<br><br>　　v.<br><br>BERNELL HYDRAULICS INC.;<br>WILLIAM R. RUSHING<br><br>　　Defendants. | Case No. 5:22-cv-00951-JGB-KK<br><br>**ORDER OF DISMISSAL WITH PREJUDICE** |

Pursuant to the stipulation of the Parties, and for good cause shown, IT IS SO ORDERED. This matter is dismissed with prejudice

Dated: December 12, 2022

　　　　　　　　　　　　　　　　　　Honorable Jesus G. Bernal
　　　　　　　　　　　　　　　　　　U.S. District Court Judge